IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )   CRIMINAL ACTION NO.
    v.                        )       3:94cr25-T
                              )          (WO)
STANLEY QUINCY JOHNSON        )
a/k/a STAN                    )
```

## ORDER

It is ORDERED that the Probation Department's petition to modify the conditions of supervised release (Doc. No. 1006) is granted and the conditions of supervised release are modified as requested.

DONE, this the 27th day of April, 2005.

              /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE